**Ricky HILL, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 59748.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 15, 1991.

Melinda Kay Pendergraph, St. Louis, for appellant.

William L. Webster, Atty. Gen., Joseph P. Murray, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Appellant, Ricky Hill, appeals the denial of his Rule 24.035 motion without an evidentiary hearing. We have reviewed the record and the briefs of the parties and have determined that the findings of fact and conclusions of law of the motion court are not clearly erroneous. As we also find that no jurisprudential purpose would be served by a full opinion, we affirm the denial of appellant's Rule 24.035 motion pursuant to Rule 84.16(b). A memorandum, solely for the use of the parties here involved, has been supplied explaining the reasons for our holding.

**Peter A. PALAZZOLA,**
**Plaintiff/Respondent,**

v.

**McLEAN TRUCKING COMPANY, and Treasurer of the State of Missouri, as Custodian for Second Injury Fund, Defendants/Appellants.**

No. 59476.

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 15, 1991.

William E. Paasch, St. Louis, for defendants/appellants.

Charles W. Bobinette, St. Louis, for plaintiff/respondent.

ORDER

PER CURIAM.

In this worker's compensation case, the parties dispute who should be held liable for plaintiff's permanent total disability.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).